**Order entered June 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01457-CR
No. 05-18-01458-CR
No. 05-18-01459-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**CHRISTIAN SORTOVILLATORO, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-57360-M, F17-57361-M & F17-57362-M**

## ORDER

Before the Court is appellee's June 20, 2019 second motion for extension of time to file appellee's brief. We **GRANT** the motion and **ORDER** appellee's brief filed on or before July 22, 2019. If appellee's brief is not filed by July 22, 2019, these appeals may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     BILL PEDERSEN, III
        JUSTICE